AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

Dale Arnold Williams
5905 Highway 27 South
Enterprise, AL 36330

**WARRANT FOR ARREST**

Case Number: 1:06cr170-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Dale Arnold Williams__
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

Possession with the Intent to Distribute Methamphetamine (1 Ct)

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

__DEBRA P. HACKETT__
Name of Issuing Officer

BY: _[signature]_
Signature of Issuing Officer

__CLERK__
Title of Issuing Officer - CLERK

7/12/06 - Montgomery, AL
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |