IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

VS.                                        CR NO. 06-CR-170-WHA

DALE ARNOLD WILLIAMS,
    Defendant.

## NOTICE OF APPEARANCE

COMES now Sydney Albert (Al) Smith Attorney at Law, and files herein a **NOTICE OF APPEARANCE** as CJA Panel appointed counsel for DALE ARNOLD WILLIAMS.

Counsel in making his appearance, requests:

1. That all notices of continuances, trial settings, docket settings, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That the name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

Respectfully submitted this the July 25, 2006.

                              S/Sydney Albert Smith
                              _____
                              Sydney Albert (Al) Smith   SMI098
                              Attorney at Law
                              P. O. Drawer 389
                              Elba, Al 36323
                              Phone:    334-897-3658
                              Fax:      334-897-6824
                              email:     sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing by electronically filing iwth the Clerk o the Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant U. S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

John T. Harmon
Assistant U.S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

                S/Sydney Albert Smith  03/20/2006
                _____
                Of Counsel        Date