IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

UNITED STATES OF AMERICA    )
                            )
v                           )
                            )
DALE ARNOLD WILLIAMS        ) CR. NO. 06-170 WHA
                            )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Dale Arnold Williams, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_____7/26/06_____
DATE

x _____[signature]_____
DEFENDANT

_____[signature]_____
ATTORNEY FOR DEFENDANT