COURTROOM DEPUTY'S MINUTES          DATE: 7-26-2006
MIDDLE DISTRICT OF ALABAMA          DIGITAL RECORDING: 10:58-11:08 am
                                    COURT REPORTER: 11:09-1615 am

☒ ARRAIGNMENT          ☐ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sql
CASE NUMBER: 1:06CR170-WHA        DEFENDANT NAME: Dale Arnold WILLIAMS
USA: Morris                       DEFENDANT ATTORNEY: Al Smith
                                  Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
                                  ( ) appointed at arraignment; ( ) standing in for: _____

USPO/USPO: _____
Interpreter present? (✓)NO; ( )YES    Name:

---

✓ This is defendant's FIRST APPEARANCE.
✓ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
✓ ~~ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.~~ CJA
WAIVER OF INDICTMENT executed and filed.
INFORMATION filed.
Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:     ☒ Not Guilty
          ☐ Guilty as to:
              ☐ Count(s):
              ☐ Count(s):              ☐ dismissed on oral motion of USA
                                       ☐ to be dismissed at sentencing
Written plea agreement filed    ☐ ORDERED SEALED
ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
CRIMINAL TERM:         ☐ WAIVER OF SPEEDY TRIAL filed.
               DISCOVERY DISCLOSURE DATE:
ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
          ☐ Trial on _____; ☐ Sentencing on _____
ORDER: Defendant remanded to custody of U.S. Marshal for:
          ☒ Trial on 10-24-06; or ☐ Sentencing on _____
Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                  ☐ Defendant requests time to secure new counsel