IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES,
      Plaintiff,

vs.                           CASE NO. 06-CR-170

DALE ARNOLD WILLIAMS,
      Defendant.

<u>MOTION TO WITHDRAW AS COUNSEL</u>

COMES now, SYDNEY ALBERT SMITH, CJA Panel Attorney, and moves this Honorable Court to withdraw his name as counsel for the above named defendant, and cites as grounds therefore as follows:

1. Counsel received notice of from the Federal Defender's Office and accepted appointment as counsel for **DALE ARNOLD WILLIAMS** on July 25, 2006. As arraignment was set for Wednesday, July 26, 2006, and counsel knew he would be out of the office on July 27 and 28, work on the case begin immediately.

2. Counsel conducted extensive research into the case and defendant. Counsel also contacted the case agent.

3. On July 26, 2006, counsel met with the Defendant, **DALE ARNOLD WILLIAMS**, and discussed the case with the prosecutor.

4. Counsel appeared at arraignment on the 26th for **DALE ARNOLD WILLIAMS** and further discussed the case with the Defendant, the agent and prosecutor with specific goals.

5. On Sunday, July 30, 2006, counsel learned through email that Attorney Richard Cracker Waldrop who represents **DALE ARNOLD WILLIAMS** in his state cases was appointed to

-1-

represent the Defendant, and that the undersigned would be appointed to represent **PAULA SERETHA CATRETT.**

6.  Due to the conversations with the Defendant, **DALE ARNOLD WILLIAMS** and the case agent and the prosecutor, the undersigned has a conflict of interest in representing **PAULA SERETHA CATRETT** and  filed to withdraw.

7.  Mr. **RICHARD "CRACKER" WALDROP**, a CJA Panel Attorney has been appointed to represent Mr. **DALE ARNOLD WILLIAMS.**

Respectfully submitted this the 31st day of July, 2006.

S/Sydney Albert Smith
Sydney Albert (Al) Smith
Attorney at Law
ASB-3560-H70S
P. O. Drawer 389
Elba, Al 36323
Phone:          334-897-3658
Fax:            334-897-8633

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
CLARK MORRIS, ASSISTANT U. S. ATTORNEY
JOHN T. HARMON, ASSISTANT U. S. ATTORNEY

Respectfully submitted,

/s/Sydney Albert Smith
Sydney Albert Smith
ASB 3560 H70S
Attorney for Johnnie Grimes
P. O. Drawer 389
Elba, AL 36323
Phone:          334-897-3658
Fax:            334-897-8633
email:  sydneyalbertsmith@charter.net