IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| V. | * | CR. NO.  1:06cr170-WHA |
| | * | |
| **DALE ARNOLD WILLIAMS,** | * | |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel, Richard (Cracker) Waldrop, and enters his appearance on behalf of Defendant, Dale Arnold Williams, in the above styled case and requests service on behalf of Dale Arnold Williams directed to the undersigned at the address listed below.

        s/Richard (Cracker) Waldrop
        RICHARD (CRACKER) WALDROP
        ASB-2398-L57R
        P. O. Box 310027
        Enterprise, AL  36331
        (334) 393-2288
        Fax (334) 393-5559

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John T. Harmon | Clark Morris |
| Assistant U.S. Attorney | Assistant U.S. Attorney |

Respectfully submitted,

/s/Richard (Cracker) Waldrop
Richard (Cracker) Waldrop
ASB-2398-L-57R
P. O. Box 310027
Enterprise, AL  36331
(334) 393-2288
Fax (334) 393-5559
Email: crackerwaldrop@alaweb.com