UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA |
| | ) | |
| DALE ARNOLD WILLIAMS | ) | |

**ORDER ON MOTION**

For good cause shown, it is

**ORDERED** that the *Motion to Withdraw as Counsel* (Doc. 81, filed July 31, 2006) is **GRANTED**.

Done this 2nd day of August, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE