UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA |
| | ) | |
| DALE ARNOLD WILLIAMS | ) | |

## ORDER

Pursuant to his *Notice of Appearance* (Doc. 90, filed August 1, 2006), and for good cause arising from counsel's already established representation of this defendant in an ongoing state prosecution arising from the same transaction underlying the federal indictment, it is

**ORDERED** that Richard (Cracker) Waldrop, Esq. is hereby appointed to represent Defendant Dale Arnold Williams in all proceedings in this cause of action.

Done this 2nd day of August, 2006.


/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE