COURTROOM DEPUTY MINUTES                    DATE: __AUGUST 30, 2006__
MIDDLE DISTRICT OF ALABAMA
                                            DIGITAL RECORDING: __11:17 - 11:18__

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
| CASE NO. **1:06-CR-170-WHA-DRB** | DEFT. NAME: **DALE A. WILLIAMS** |
| USA: **A. CLARK MORRIS** | ATTY: **RICHARD CRACKER WALDROP** |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO; |
| USPTSO/USPO: _____ | |

Defendant ____ does __✓__ does NOT need an interpreter; NAME: _____

- ☐ Kars.       Date of Arrest _____ or   ☐ Rule 5 Arrest
- ☐ Kia.        Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.     Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted    **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.     Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐            Deft. Advises he will retain counsel. Has retained _____
- ☐            Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐            Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐            **DETENTION HRG**  ☐ held; ☐ Set for_____;  ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.       ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-              ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.         Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.    Identity/Removal Hearing  ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.     Waiver of   Preliminary hearing;
- ☐            Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.      ARRAIGNMENT SET FOR:_____ ✓ **HELD**. Plea of **NOT GUILTY** entered.
-              ✓ Trial Term __1/8/07__;  ☐ **PRETRIAL CONFERENCE DATE:** _____
-              ☐ **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt     Waiver of Speedy Trial Act Rights Executed.