In The United States District Court
For The Middle District of Alabama
Southern Division

United States of America )
            v.            )   1:06-CR-00170-WHA
Dale Arnold Williams      )

Motion To Dismiss Council

Comes now the defendant Dale Arnold Williams appearing pro se in the above styled case moving this Court to immediately dismiss the Honorable Richard (Cracker) Waldrop as his council on the grounds of insufficient council. Mr. Waldrop refuses to accept phone calls, has not visited the jail, has not provided this defendant with his discovery and does not communicate with the defendant.

Respectfully submitted on 12 Sep 2006
By Dale Williams

# Certificate of Service

I certify that on _____ September 2006 I provided a copy of this motion by placing same in US postage (postage prepaid) to the following:

Clerk
US District Court
P O Box 711
Montgomery, AL 36101

Clark Griffith
% Debra Hackett
US District Court
15 Lee St.
Montgomery AL 3610[_]

Richard (Cracker) Waldrop
Executive Plaza Suite #4
Enterprise, AL 36330

Signed: Dale Williams
12 Sep 2006