UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA -DRB |
| | ) | |
| DALE ARNOLD WILLIAMS | ) | |

## ORDER

Defendant Dale Arnold Williams filed *pro se* on September 13, 2006, a *Motion to Dismiss Council* ("sic") (Doc. 167).  For good cause, it is

**ORDERED** that this *Motion* is **set for hearing at 3:00 p.m. on September 25, 2006, in District Courtroom 4A, before the undersigned**.  The United States Marshal shall ensure the presence of the Defendant.  It is further

ORDERED that appointed counsel, Richard (Cracker) Waldrop, confer in person with the Defendant prior to the scheduled hearing in an effort to resolve the perceived problems reported by the Defendant.

The Clerk shall serve copies of this Order directly on the Defendant as well as counsel of record.

Done this 13th day of September, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE