UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA |
| | ) | |
| DALE ARNOLD WILLIAMS | ) | |

## ORDER RE-SETTING TIME FOR HEARING

For good cause relating to the previously scheduled pretrial hearing in this case at 11:00 a.m. on September 25, 2006, it is **ORDERED** that the hearing on *Motion to Dismiss Council* ("sic"), filed *pro se* by Defendant Dale Arnold Williams (Doc. 167, Sept. 13, 2006) is rescheduled **from 3:00 p.m. to 10:30 a.m., in District Courtroom 4A, before the undersigned**.  The United States Marshal shall ensure the presence of the Defendant. at 10:30 a.m.

The Clerk is directed to serve promptly copies of this Order directly on the Defendant as well as counsel of record and to ensure prompt notice to the Marshal.

Done this 15th day of September, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE