UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-00170-WHA -DRB |
| | ) | |
| DALE ARNOLD WILLIAMS | ) | |

## ORDER ON MOTION

At the scheduled hearing on the Defendant's *pro se* *Motion to Dismiss* his court-appointed counsel, the court received sworn testimony from the defendant that the matters which triggered his *Motion* have been resolved to his satisfaction. Appointed counsel confirmed his communications with the defendant, reported his ongoing legal services on his behalf, and affirmed his willingness to continue legal representation contingent on Defendant's trust in his representation. Based on the defendant's stated desire to withdraw the *Motion*, and for good cause, it is

**ORDERED** that the *Motion to Dismiss* (Doc. 167), is hereby allowed to be withdrawn, and it shall be terminated accordingly.

Done this 25th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE