# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern   ☒ Southern   ☐ Eastern

HON. Delores R. Boyd   AT Montgomery, Alabama
DATE COMMENCED 9-25-2006   @ 10:30 ☒ a.m. ☐ p.m
DATE COMPLETED 9-25-2006   @ 10:43 ☒ a.m. ☐ p.m

CASE NO. 1:06CR170-WHA

UNITED STATES OF AMERICA   VS.   DALE ARNOLD WILLIAMS
Plaintiff(s)                      Defendant(s)

## APPEARANCES

Plaintiff(s)/Government:
~~Clark Morris~~ Brown

Defendant(s):
Richard Waldrop

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk: 
USPO/USPTS: 
Crt Rptr: 
Interpreter: 
Other: 

## PROCEEDINGS:

☒ Motion Hearing: PRO SE MOTION TO DISMISS COUNSEL
☐ Status Conference       ☐ Oral Argument         ☐ Evidentiary Hrg.
☐ Revocation              ☐ Scheduling Conf.      ☐ Show Cause
☐ Settlement Conference   ☐ Telephone Conf.       ☐ Sentencing
☐ Non-Jury Trial          ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

### Pretrial Conference

Pending Motions: None
Discovery Status: Complete   Plea Status: Prob.
Trial Status/Length: 3 Days   Trial Term: 1-8-07