IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| V. | * | CR. NO.  1:06cr170-WHA |
| | * | |
| **DALE ARNOLD WILLIAMS,** | * | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Dale Arnold Williams, by and through the undersigned counsel, Richard (Cracker) Waldrop, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

                                                       Respectfully submitted,

                                                       Richard (Cracker) Waldrop
                                                       Attorney at Law
                                                       ASB-2398-L57R
                                                       P. O. Box 310027
                                                       Enterprise, Alabama  36331
                                                       (334) 393-2288

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

            John T. Harmon                                Clark Morris
      Assistant U.S. Attorney                    Assistant U.S. Attorney

Respectfully submitted,

/s/Richard (Cracker) Waldrop
Richard (Cracker) Waldrop
ASB-2398-L-57R
P. O. Box 310027
Enterprise, AL  36331
(334) 393-2288
 Fax (334) 393-5559
Email: crackerwaldrop@alaweb.com