COURTROOM DEPUTY MINUTES DATE: DECEMBER 14, 2006 FTR RECORDING: 10:04 - 10:19

MIDDLE DISTRICT OF ALABAMA COURT REPORTER: JAMES DICKENS

- ❏ ARRAIGNMENT  √ CHANGE OF PLEA  ❏ CONSENT PLEA
- ❏ RULE 44(c) HEARING  ❏ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 1:06CR170-WHA-CSC | DEFENDANT NAME: DALE ARNOLD WILLIAMS |
| AUSA: A. CLARK MORRIS | DEFENDANT ATTY: RICHARD WALDROP |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPTS/USPO: | |
| Defendant ___ does √ does NOT need and interpreter. Name: | |

- ❏ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
- ❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.
- ❏ **WAIVER OF INDICTMENT** executed and filed.
- ❏ **FELONY INFORMATION** filed.
- ❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ❏ Not Guilty  ❏ Nol Contendere  ❏ Not Guilty by reason of insanity

√ Guilty as to: √ Count(s) 1 of the **Second Superseding Indictment.**

❏ Count(s) _____  ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

- √ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ❏ No Plea Agreement entered  √ Written plea agreement filed.  ❏ **ORDERED SEALED.**
- √ **ORAL ORDER** Adjudicating defendant guilty.
- ❏ **ORDER:** Defendant Continued  ❏ Same Conditions/Bond imposed by Mag. Judge;

❏ Released on Bond & Conditions of Release for:  ❏ Trial on _____;

❏ Sentencing on _____;  ❏ to be set by Separate Order

- √ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.