IN The United States District Court For
The Middle of Alabama
Southern Division

RECEIVED
2008 MAR -5 A 9:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America

V                                                CR. NO. 1:06CR170-WHA

Dale Arnold Williams

## MOTION

Comes Now The Defendant Dale Arnold Williams, And respectfully moves This Honorable Court For an order Reducing The Sentence Already upon him.

As Grounds therefore, The Defendant states As Follows:

(1). On April 17, 2007 He was convicted in this court For Conspiracy To Manufacture, Possess with Intent To Distribute And Distribution of Methamphetamine, 21 U.S.C section 841 (A)(1) AND 846)

(2) The Defendant was sentenced to Fifty-Seven (57) months said sentence to run concurrent with any sentence imposed on cases pending in Coffee County, Alabama.

(3) Under the circumstances of this case, the sentences imposed is unduly severe when compared to The Sentences given to Co-defendants in The same matter.

All (3) Co-defendants
was on Probation For Manufacturing Methamphetamine.

This is the Defendants First (1) Time ever in Trouble

(4.) Co-defendants
  (1) Trinity Roberts
Sentence was. Thirty six (36) months

  (2) Carol Michaels Watson
Sentence was. Twenty fore (24) months

  (3) Lynn Wallace
Sentence was. Forty one (41) months

(5.) The Defendat request that He be Appointed an Attorney to represent him in this request for sentence reduction

Wherefore, in the interest of Justice, The Defendant prays to this court for an order reducing his sentence to his co-defendant and or their criminal involvement, when compared to him.
Also again the defendant requests that He be Appointed an Attorney to represent him in this matter

Respectfully submitted this the 1 day of March 2008

Defendant. X. Dale Williams