IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:06cr170-WHA-03 |
| DALE ARNOLD WILLIAMS | ) | |

### ORDER

This case is before the court on the Defendant's Motion to Reduce Sentence (Doc. #487).

The court finds no legal basis for reduction of the sentence imposed on the Defendant on April 18, 2007 (Doc. #429), and no basis for appointment of counsel in relation to this motion. Therefore, it is hereby

ORDERED that Defendant's motion for an order reducing his sentence and for appointment of counsel in this matter is DENIED.

DONE this 24th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE